# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  Stephen A. Funderburgh
        Nancy J. Funderburgh
        401 Woodview Drive
        Bellefontaine, OH  43311

Case No: 23-53734

Chapter 13

Judge: Mina Nami Khorrami

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on October 26, 2023.
The plan was confirmed on April 11, 2024.
The Case was concluded on February 27, 2025.

    A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL AFTER CONFIRMATION.  THE SUBJECT CASE HAS BEEN DISMISSED.

    RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     18,297.50

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Ascendium Education Solutions 00019     Unsecured | 3,317.74 | 0.00 | 0.00 | 3,317.74 |
| Bellefontaine Physical Therapy 00007     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Columbus Appraisal Company LLC 00027     Appraiser | 425.00 | 425.00 | 0.00 | 0.00 |
| Columbus Avenues, Ltd 00002     Unsecured | 113.28 | 0.00 | 0.00 | 113.28 |
| Complete Foot and Ankle Specialists 00008     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Consumer Adj. 00009     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Credit Care 00015     Unsecured | 315.32 | 0.00 | 0.00 | 315.32 |
| Dermatologists of South West Ohio 00011     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ditech Financial LLC 00003     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| Emergency Professional Services Inc<br>00020      Unsecured | 3.98 | 0.00 | 0.00 | 3.98 |
| INTERNAL REVENUE SERVICE<br>00005      Unsecured | 233.25 | 0.00 | 0.00 | 233.25 |
| J. Terebuh MD<br>00012      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Lamont Hanley & Associates<br>00013      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Logan View Financial Services<br>00014      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Middlefield Banking Co.<br>00016      Unsecured | 4.69 | 0.00 | 0.00 | 4.69 |
| Midland Credit Management<br>00017      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Midland Credit Management<br>00018      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Midland Credit Management, Inc<br>00004      Unsecured | 15.86 | 0.00 | 0.00 | 15.86 |
| Nancy J. Funderburgh<br>00000      Debtor Refund | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Attorney General<br>00006      Secured | 1,386.99 | 0.00 | 0.00 | 1,386.99 |
| Ohio Attorney General<br>00022      Unsecured | 136.99 | 0.00 | 0.00 | 136.99 |
| Ohio Attorney General<br>00030      Priority (new) | 26,978.60 | 0.00 | 0.00 | 26,978.60 |
| Pinnacle Service Solutions LLC<br>00028      Unsecured | 6.79 | 0.00 | 0.00 | 6.79 |
| Quantum3 Group LLC<br>00024      Unsecured | 40.19 | 0.00 | 0.00 | 40.19 |
| Quantum3 Group LLC<br>00025      Unsecured | 21.86 | 0.00 | 0.00 | 21.86 |
| Stephen A. Funderburgh<br>00000      Debtor Refund | 0.00 | 1,202.50 | 0.00 | 0.00 |
| Texas Life Insurance Co.<br>00021      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| U.S Bank National Association<br>00001      (NEW) Ongoing Mortgage Payments | Continuing | 14,698.77 | 0.00 | 0.00 |
| U.S Bank National Association<br>00029      Pre-Pet MTG Arrears | 0.00 | 0.00 | 0.00 | 0.00 |
| US Department of Education<br>00023      Unsecured | 17.29 | 0.00 | 0.00 | 17.29 |
| US Department of Education c/o Nelnet<br>00010      Unsecured | 3.92 | 0.00 | 0.00 | 3.92 |
| Previously refunded during<br>pendency of case | 1,202.50 | 1,202.50 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 1,386.99 | 27,403.60 | 423,115.24 | 0.00 | 1,202.50 | 453,108.33 |
| PRIN PAID | 0.00 | 425.00 | 0.00 | 14,698.77 | 1,202.50 | 16,326.27 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 |
|  |  |  |  |  | TOTAL PAID: | 16,326.27 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Katharine R Granger | 3,963.00 | 1,669.05 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,459.08 | 0.00 | 45.60 | 1,504.68 |

Dated: 03/12/2025

/s/ Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: Stephen A. Funderburgh<br>Nancy J. Funderburgh<br>401 Woodview Drive<br>Bellefontaine, OH  43311 | Case No: 23-53734<br><br>Chapter 13<br><br>Judge: Mina Nami Khorrami |

### CERTIFICATION AND OPPORTUNITY TO OBJECT

/s/ Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Stephen A. Funderburgh  
       Nancy J. Funderburgh  
       401 Woodview Drive  
       Bellefontaine, OH  43311

Case No: 23-53734

Chapter 13

Judge: Mina Nami Khorrami

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee  
Edward A. Bailey  
Katharine R Granger

and on the following by **ordinary U.S. Mail** addressed to:

Stephen A. Funderburgh  
Nancy J. Funderburgh  
401 Woodview Drive  
Bellefontaine, OH  43311  
**See Creditor Matrix**  
**All Creditors and Parties in Interest**

Barclays Mortgage Trust 2022-RPL1, Mortgage-
,  000000000

Columbus Avenues Ltd.
113 W. Columbus Ave.
Bellefontaine, OH  433110000

Ohio Department of Taxation
,  000000000

U.S. Bank Trust Company, National Associatio
Robertson, Anschutz, Schneid, Crane
13010 Morris Rd., Suite 450
Alpharetta, GA  300040000

U.S. Bank Trust Company, National Associatio
,  000000000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Barclays Mortgage Trust
US Bank Trustee
13190 SW 69th Parkway Suite 200
Portland, OR  972230000

Barclays Mortgage Trust 2022-RPL1
c/o Gregory Funding LLC
PO Box 230579
Tigard, OR  972810000

Bellefontaine Physical Therapy
711 Rush Avenue
Bellefontaine, OH  433110000

Columbus Appraisal Co
1993 Willow Glen Ln
Columbus, OH  432291993

Columbus Avenues LTD
c/o J. Scott Duff
PO Box 151
Huntsville, OH  433240000

Columbus Avenues, Ltd.
113 W. Columbus Ave.
Bellefontaine, OH  433110000

Complete Foot and Ankle Specialists
PO Box 603
Lewis Center, OH  430350000

Consumer Adj.
500 Northwest Plaza
Suite 300
Saint Ann, MO  630740000

Credit Care
21 Hunter Pl, Ste 1 PO Box 117
Bellefontaine, OH  433110000

Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI  537080000

Dermatologists of South West Ohio
5300 Far Hills Ave.
Suite 200&#096;
Dayton, OH  454290000

Ditech Financial LLC
4400 Easton Commons Way
Suite 125
Columbus, OH  432190000

EMERGENCY PROFESSIONAL SERVICES INC
PO BOX 1123
MINNEAPOLIS, MN  554401123

Gregory Funding
13190 SW 68th Parkway &#035;200
Portland, OR  972230000

IRS
PO Box 7346
Philadelphia, PA  191017346

J. Terebuh MD
1107 Rush Ave.
PO Box 190
Bellefontaine, OH  433110000

Lamont Hanley & Associates
1138 Elm Street
PO Box 179
Manchester, NH  031050000

Logan View Financial Services
PO Box 276
21 Hunter Place Suite 1
Bellefontaine, OH  433110000

Mary Rutan
205 E. Palmer Road
Bellefontaine, OH  433110000

Middlefield Banking
PO Box 234
Kenton, OH  433260000

Middlefield Banking Company
100 E. Franklin St.
P.O. Box 234
Kenton, OH  433260000

Midland Credit Management
320 E. Big Beaver Road Suite 300
Troy, MI  480830000

Midland Credit Management, Inc.
PO Box 2037
Warren, MI  480900000

Navient
123 Justison St.
3rd Floor
Wilmington, DE  198010000

Navient Solutions, LLC. on behalf of
 Ascendium Education Solutions Inc
PO BOX 8961
Madison, WI  537088961

Ohio Department of Taxation
PO Box 530
Columbus, OH  432160000

Pinnacle Service Solutions LLC
4408 Milestrip Rd &#035;247
Blasdell, NY  142190000

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  980830788

Shell point Mortgage Servicing
55 Beatttie Place Suite 600
Greenville, SC  296010000

TeamHealth
3585 Ridge Park Dr.
Akron, OH  443330000

Texas Life Insurance Co.
900 Washington Ave.
PO Box 830
Waco, TX  767030000

U.S. Bank Trust Company, National Associatio
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  296030675

US Department of Education
PO Box 16448
Saint Paul, MN  551160448

US Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE  685080000

Edward A. Bailey
Edward A. Bailey - Chapter 13 Trustee
550 Polaris Parkway
Ste 500
Westerville, OH  430820000

Katharine R Granger
Granger Law Firm LLC
4260 Tuller Road
Suite 102
Dublin, OH  430170000

Nancy J. Funderburgh
401 Woodview Drive
Bellefontaine, OH  433110000

Stephen A. Funderburgh
401 Woodview Drive
Bellefontaine, OH  433110000